UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Mike Ross
                              Plaintiff,
v.                                              Case No.: 1:21−cv−03028
                                                Honorable Marvin E. Aspen
Target Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 5, 2021:

    MINUTE entry before the Honorable Marvin E. Aspen: Plaintiff's response to the motion to dismiss [13] is due by 11/4/2021; defendant's reply by 11/19/2021. The status hearing set for 10/21/2021 is stricken and reset to 1/13/2022 at 10:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.